# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SHEPARD, et al.,<br>　　Plaintiff(s),<br>v.<br>CLARK COUNTY SCHOOL DISTRICT,<br>　　Defendant(s). | Case No.: 2:18-cv-02084-JAD-NJK<br><br>**ORDER** |

The joint proposed pretrial order was due by July 26, 2019. Docket No. 7. No joint proposed pretrial order has been filed. Accordingly, the parties are **ORDERED** to file a joint proposed pretrial order by September 6, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge