CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505
redmopv@nv.ccsd.net
*Attorney for Defendant, CCSD*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AND TERRA SHEPARD, as Guardians Ad Litem of KS, a minor,<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:18-cv-02084-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiffs DAVID AND TERRA SHEPARD, as guardians Ad Litem of K.S. ("Plaintiffs") and Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through their undersigned counsel of record, that the deadline for filing the joint pretrial order currently due on or before September 6, 2019, should be extended to October 6, 2019. The parties have agreed to amicably settle CASE NO.: 2:18-cv-02084-JAD-NJK and are in the process of executing a Final Settlement and Release Agreement.

/ / /

/ / /

In addition, although the parties attempted in good faith to resolve this case earlier, final settlement could not be achieved until facts concerning the availability of appropriate educational placements could be ascertained for the 2019-2020 school year.

WHEREFORE, the parties respectfully request that the Court grant additional time, up to and including October 6, 2019, in which to file the joint pretrial order.

DATED this 6th day of September, 2019.     DATED this 6th day of September, 2019

CLARK COUNTY SCHOOL DISTRICT     IVIE LAW GROUP, LLC
OFFICE OF THE GENERAL COUNSEL

/s/ Phoebe V. Redmond     /s/ Gregory D. Ivie
PHOEBE V. REDMOND, ESQ.     GREGORY D. IVIE, ESQ.
Nevada Bar No. 9657     Nevada Bar No. 8129
5100 West Sahara Avenue     7455 Arroyo Crossing, Suite 220
Las Vegas, NV 89146     Las Vegas, NV 89113
*Attorneys for Defendant, CCSD*     *Attorney for Plaintiffs*

Based upon the foregoing stipulation, the deadline to file the joint pretrial order shall be extended to October 6, 2019

**IT IS SO ORDERED:**

U.S. MAGISTRATE JUDGE

DATED: September 9, 2019